■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH A. SARACENI, JR., Appellant. (Appeal No. 2.) [60 NYS3d 870]—Appeal from an order of the Genesee County Court (Robert C. Noonan, J.), entered March 11, 2015. The order determined that defendant is a level two risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Memorandum: On appeal from an order determining that he is a level two risk pursuant to the Sex Offender Registration Act ([SORA] Correction Law § 168 *et seq.*), defendant contends that County Court erred in assessing points under risk factors one and four of the risk assessment instrument. Defendant's contentions are not preserved for our review (*see People v Gillotti*, 23 NY3d 841, 854 [2014]; *People v Wilson*, 117 AD3d 1557, 1558 [2014], *lv denied* 24 NY3d 902 [2014]; *People v Law*, 94 AD3d 1561, 1562 [2012], *lv denied* 19 NY3d 809 [2012]), however, because at the SORA hearing he only contested the points assessed under risk factor 12. Present—Whalen, P.J., Smith, Centra, Peradotto and Carni, JJ.